[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11463
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 9, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00277-CR-T-30-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EFREN DANIEL MARQUEZ-SILVA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 9, 2005)

Before CARNES, PRYOR  and COX, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa-Montalban, appointed counsel for Efren Daniel Marquez-Silva in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marquez-Silva's conviction and sentence are **AFFIRMED.**